IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TODD ANTHONY MEUIR,**

    Petitioner,

vs.                                                       **CASE NO. 3:15cv388-LC/CAS**

**STATE OF FLORIDA, et al.,**

    Respondents.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 2, 2015. ECF No. 8. The parties have been furnished a copy of the report and recommendation and afforded an opportunity to file objections. No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is hereby DISMISSED without prejudice.

DONE AND ORDERED this 12th day of January, 2016.

*s/L.A. Collier*
LACEY COLLIER
Senior United States District Judge